IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>ADOLFO MONTIEL,<br><br>                     Defendant. | CASE NO.  1:24-CR-00128-JLT-SKO<br><br>ORDER TO STAY MAGISTRATE JUDGE'S ORDER OF RELEASE |

Upon review of the government's motion, IT IS HEREBY ORDERED that the release order pertaining to defendant Adolfo Montiel issued on June 12, 2024, by U.S. Magistrate Judge Pedro V. Castillo, in and for the Central District of California is hereby STAYED until resolution of the government's motion for revocation of that release order.  The defendant is to remain temporarily detained pending a hearing in the Eastern District of California on the government's motion for revocation of the release order.  The U.S. Marshals are DIRECTED to transport the defendant to the Eastern District of California forthwith for a hearing on the government's motion.

Dated:  June 13, 2024

THE HONORABLE Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE