HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00128-JLT-SKO-4 |
| *Plaintiff,* | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| ADOLFO MONTIEL, | |
| *Defendant,* | |

Defendant Adolfo Montiel, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On June 12, 2024, an Indictment was issued in the above captioned case. Mr. Montiel had his initial appearance in the Central District of California on June 12, 2024, and his arraignment in this district is scheduled for July 10, 2024. On June 13, 2024, the government filed a motion to revoke the court's order of release.  Counsel is needed now to respond to the government's motion to revoke and arrange a date for a hearing on the motion before the district court here.

Mr. Montiel submits the Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit it is, therefore, respectfully recommended that CJA panel counsel, Peter Jones, be appointed to represent Mr. Montiel in the above captioned case.

DATED: June 20, 2024

*/s/  Peggy Sasso*
PEGGY SASSO
First Assistant Defender

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel, Peter Jones, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **June 20, 2024**                      /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE