PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO MONTIEL,<br>JOSE NUNEZ,<br>JESUS PEREZ GARCIA JR.,<br>ANDRES SILVA-CORONA PEREZ,<br>RUBEN SAENZ,<br>ELVIS DAVID VASQUEZ,<br>MIRELLA CASTILLO,<br>SERGIO PENA,<br>KIARA SINAII VALDIVIA,<br>JESUS RAFAEL ULLOA VALLEJO,<br>CALVIN GUNTETONG,<br>JACKLYN SAENZ,<br>LUZ MARIA COBRERA SALAZAR,<br>JOSE GALAN LOPEZ,<br>CHRISTIAN JAIR SANCHEZ RODRIGUEZ,<br>ALLEN KHAMTRASHYAN, and<br>EMILY VELA,<br><br>Defendants. | CASE NO. 1:24-CR-00128-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 18, 2024.

1

2. By this stipulation, defendants now move to continue the status conference until January 15, 2025, at 1:00 P.M. and to exclude time between September 18, 2024, and January 15, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

a. The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded conversations, many cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential pre-trial resolution of the case.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from September 18, 2024, through January 15, 2025, should be excluded under Title 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 6, 2024                    PHILLIP A. TALBERT
                                             United States Attorney


                                             */s/ Cody Chapple*
                                             Justin Gilio
                                             Cody Chapple
                                             Assistant United States Attorneys



Dated:  September 6, 2024                    */s/ Peter Michael Jones*
                                             Peter Michael Jones
                                             Counsel for Defendant
                                             Adolfo Montiel


Dated:  September 6, 2024                    */s/ W. Scott Quinlan*
                                             W. Scott Quinlan
                                             Counsel for Defendant
                                             Jose Nunez


Dated:  September 6, 2024                    */s/ E. Marshall Hodgkins , III*
                                             E. Marshall Hodgkins , III
                                             Counsel for Defendant
                                             Jesus Perez Garcia, Jr.


Dated:  September 6, 2024                    */s/ Galatea DeLapp*
                                             Galatea DeLapp
                                             Counsel for Defendant
                                             Andres Silva-Corona Perez

Dated:  September 6, 2024  /s/ Monica Bermudez
Monica Bermudez
Counsel for Defendant
Ruben Saenz

Dated:  September 6, 2024  /s/ Roger Dale Wilson
Roger Dale Wilson
Counsel for Defendant
Elvis David Vasquez

Dated:  September 6, 2024  /s/ Serita Rios
Serita Rios
Counsel for Defendant
Mirella Castillo

Dated:  September 6, 2024  /s/ Timothy P. Hennessy
Timothy P. Hennessy
Counsel for Defendant
Sergio Pena

Dated:  September 6, 2024  /s/ Ken Moyal
Ken Moyal
Counsel for Defendant
Kiara Sinaii Valdivia

Dated:  September 6, 2024  /s/ Douglas C. Foster
Douglas C. Foster
Counsel for Defendant
Jesus Rafael Ulloa Vallejo

Dated:  September 6, 2024  /s/ Anthony Michael Solis
Anthony Michael Solis
Counsel for Defendant
Calvin Guntetong

Dated:  September 6, 2024  /s/ Harry Drandell
Harry Drandell
Counsel for Defendant
Jacklyn Mlady-Saenz

Dated:  September 6, 2024  /s/ Richard A. Beshwate , Jr.
Richard A. Beshwate , Jr.
Counsel for Defendant
Luz Maria Corbera Salazar

Dated: September 6, 2024                    /s/ Mark Broughton
                                            Mark A. Broughton
                                            Counsel for Defendant
                                            Jose Galan Lopez

Dated: September 6, 2024                    /s/ Elon Berk
                                            Elon Berk
                                            Counsel for Defendant
                                            Christian Jair Sanchez Rodriguez

Dated: September 6, 2024                    /s/ Garo Ghazarian
                                            Garo Ghazarian
                                            Counsel for Defendant
                                            Allen Khamtrashyan

Dated: September 6, 2024                    /s/ Melissa B. Baloian
                                            Melissa B. Baloian
                                            Counsel for Defendant
                                            Emily Vela

## ORDER

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery and fully consider any pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from September 18, 2024, until **January 15, 2025, at 1:00 p.m. before Magistrate Judge Shiela K. Oberto**; and

2. The period from September 18, 2024, through January 15, 2025, shall be excluded pursuant to Title 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

This continuance is also granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 9/6/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE